Submitted on the record and appellant's petition for review May 6, 1992, petition for review allowed; order of Court of Appeals vacated, and case remanded to Court of Appeals for further consideration January 22, 1993

STATE OF OREGON,
*Respondent on Review,*

*v.*

GEORGE JONES,
*Petitioner on Review.*

(CC 90CR0178; CA A69045; SC S39137)

843 P2d 944

Stephen V. Humber, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The order of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for further consideration in the light of *State v. Sullens*, 314 Or 436, 839 P2d 708 (1992).